RECEIVED

OCT 2 4 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JOHN LATHAN | * | CIVIL ACTION NO. 12-2855 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| WARDEN, CLAIBORNE PARISH DETENTION CENTER | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the petition for *habeas corpus* filed by Petitioner John Lathan [docs. # 1, 9] is **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 23 day of October , 2013, in Shreveport, Louisiana.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE